IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 29 2005

JAMES A. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

vs.  LR-CR-96-235 JMM

CHARLES GIBBON

### ORDER RELEASING SURETY BOND

On April 14, 1997, a surety bond for property valued in the amount of at least $21,000.00 was posted by the filing of a certified copy of a Deed of Trust Instrument #97-555111 for property located at 1830 E. 110th Street, Los Angeles, CA 90059 with the U.S. District Clerk in Los Angeles, California to insure the appearance in court of the defendant, Charles Gibbon.

The defendant was released on April 18, 1997, after appearing before Magistrate Judge Rupert J. Groh, Jr. in the Western Division of the Central District of California, Case No. 97-744M, with the approval of the property bond.

The defendant appeared in the Eastern District of Arkansas before Magistrate Judge Henry L. Jones, Jr. On May 22, 1997 and was released on a personal recognizance bond pending trial.

The defendant was arrested on August 28, 1998 in the Western District of Arkansas and appeared in this district on November 18, 1998, before United States Magistrate Henry L. Jones, Jr. wherein his personal recognizance bond was revoked.

The defendant thereafter proceeded to trial, was found guilty and was sentenced to a term of imprisonment of 235 months by District Judge James M. Moody on June 7. 1999. All appearance requirements have been met.

IT IS THEREFORE ORDERED that the property bond heretofore posted by the filing of a Deed of Trust Instrument #97-555111 be, and it is hereby, exonerated.

Dated this 29th day of November, 2005.
NUNC PRO TUNC 6/7/99

_____
UNITED STATES DISTRICT JUDGE